**UNITED STATES of America**
**Plaintiff—Appellee**

v.

**Anthony Lamont BUFFORD**
**Defendant—Appellant**

No. 01–5115.

United States Court of Appeals,
Sixth Circuit.

June 19, 2002.

Before COLE and GILMAN, Circuit Judges; MILLS, District Judge.*

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-